ESSEX SAVINGS BANK *v.* MARTIN FRIMBERGER ET AL.
(11091)

O'CONNELL, FOTI and CRETELLA, Js.

Argued September 28—decision released November 17, 1992

*John T. O'Reilly,* pro se, the appellant (defendant).

*John S. Bennet,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.